USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

CARMEN TAVAREZ-VARGAS, ~~Individually, and On Behalf of All Others Similarly Situated,~~

                    Plaintiff,

vs.

LAWNBRIGHT LLC,

                    Defendant.

---------------------------------------x

Case No.: 1:22-cv-00263-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Lawnbright LLC.

DATED:  May 27, 2022

**MIZRAHI KROUB LLP**

           /s/ Joseph H. Mizrahi
           JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: May 28, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE